## STANDARD OIL COMPANY v. HOPKINS, TREASURER.

*Taxation—Unlawful additions by board of review—Injunction against collection of taxes—Act of May 31, 1911 (102 O. L., 224).*

Injunction against collection of taxes is the proper and only remedy to review a board of review's action in "arbitrarily and capriciously" and without evidence or information adding to tax returns, the act of May 31, 1911 (102 O. L., 224), making no provision for review by the state tax commission by error or appeal.

(Decided April 19, 1913.)

ON DEMURRER: Court of Appeals for Hamilton county.

SWING, J.; JONES, O. B., and JONES, E. H., JJ., concurring.

This was an action by way of injunction to enjoin the collection of taxes which the plaintiff claims were illegally assessed against it. The gist of the action is set forth in the following allegation: "On September 30, 1912, the said board of review, arbitrarily and capriciously and without any evidence or information whatsoever to warrant such action, added the sum of $4,123 to the tax return of plaintiff."

To this petition a demurrer was filed.

The petition states a good cause of action, and injunction is the proper and only remedy. *Rawson* v. *Schott,* 7 O. C. D., 256, 14 C. C., 94; *Jones* v. *Davis,* 35 Ohio St., 474; *Musser* v. *Adair,* 55 Ohio St., 466. The law passed May 31, 1911 (102 O. L., 224), makes no provision by which the taxpayer may have his case reviewed by the state tax commission, either by error or appeal, and does not

pretend to take away from the taxpayer his right by injunction to set aside an illegal act by the board of review.

*Demurrer overruled.*

*Mr. C. W. Baker,* for plaintiff.

*Mr. T. L. Pogue,* prosecuting attorney, and *Mr. J. V. Campbell* and *Mr. C. A. Groom,* assistant prosecuting attorneys, for defendant.